UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 20-14145 ELF |
| | : | |
| Susan M. Stellrecht | : | |
| | : | |
| Debtor | : | Chapter 13 |

## RESPONSE TO THE CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

The undersigned counsel has been informed that Shellpoint is not accepting funds as distributed under the Chapter 13 Plan which was confirmed on or about April 27, 2021.

Prior to the confirmation of the instant Chapter 13 Plan, the undersigned counsel communicated with counsel for Shellpoint, as mortgagee on the subject real property located and known as 2952 Gilham Street, Philadelphia, PA 19149.

Shellpoint nor its counsel filed a Proof of Claim in the instant bankruptcy matter.

Moreover, on or about February 7, 2022 there was a conciliation conference scheduled in the Philadelphia Court of Common Pleas foreclosure matter numbered 170703471.

Upon learning of the conciliation conference, on or about March 8, 2022 the undersigned counsel contacted counsel for Shellpoint regarding reminding them of the ongoing Chapter 13 matter.

On or about April 25, 2022 the Court of Common Pleas foreclosure matter was "Discontinued" by way of Praecipe filed by counsel for Shellpoint.

In April 2021 and again in March 2022, it was made known to counsel for Shellpoint that the Debtor in the instant Bankruptcy matter is the Grantee of the subject real property by way of Deed dated August 31, 2020.

WHEREFORE, Debtor, respectfully request that this Court deny an Order Granting Dismissal of the instant Bankruptcy Matter.

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard, #220
Philadelphia, PA 19102
(215) 545-0008
Attorney for Debtor

Dated: November 4, 2022

## **CERTIFICATE OF SERVICE**

      I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtor's Response to the Certificate of Default by regular US Mail on the following parties by electronic means and/or regular US mail:

**Kenneth E. West**
Standing Chapter 13 Trustee
Electronic Service

Dated: November 4, 2022

                                                                                  Brad J. Sadek, Esq.
                                                                                 Attorney for Debtor