# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Susan M. Stellrecht : | Chapter 13 |
| : | Case No.: 20-14145-ELF |
|    Debtor(s) : | |

## AMENDED CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on November 7, 2022 a true and correct copy of the *Response to Trustee's Motion to Dismiss* was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims. If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.

Date: November 7, 2022                                                                */s/ Brad J. Sadek, Esquire*
                                                                                                                 Brad J. Sadek, Esquire
                                                                                                                 Attorney for Debtor(s)