IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Susan M. Stellrecht | : | Chapter 13 |
| | : | Case No.: 20-14145-ELF |
|    Debtor(s) | : | |

### AMENDED CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on November 7, 2022 a true and correct copy of the Debtor's Response to Trustee's Motion to Dismiss was served by electronic delivery or Regular US Mail to the Debtor, the Standing Chapter 13 Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Christian Miller, Esq.**
Foreclosure Counsel on behalf of *Shellpoint*
Regular Mail to: 133 Gaither Drive Suite F Mt. Laurel, NJ 08054

**Charles Wohlrab, Esq.**
Bankruptcy Counsel on behalf of *Shellpoint*
Electronic service to *cwohlrab@raslg.com*
Regular mail to 425 Commerce Drive Suite 150 Fort Washington, PA 19034

Date: November 7, 2022

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire
Attorney for Debtor(s)